In the Matter of ARTHUR KRAM, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued July 19, 1944; decided July 19, 1944.

*David J. Lewis* for appellant.

*Alexander Schaffer* and *A. Edward Markowitz* for William B. Barry and another, respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.